# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NATIONAL CREDIT UNION ADMINISTRATION BOARD,**

      **Plaintiff,**

**v.**                                      **Case No:   6:13-cv-673-Orl-31GJK**

**NADLAN CORTEEN PLACE APARTMENTS, LLC, GERSHON SCHUSTERMAN, BARRY KOHN, PERKINS & MARIE CALLENDERS, LLC, S & A PROPERTIES, CORP., STEAK & ALE OF FLORIDA, INC and S & A RESTAURANT CORP.,**

      **Defendants.**

## ORDER

This matter before the Court on Plaintiff, National Credit Union Administration Board's ("NCUAB") Motion for Confirmation of Foreclosure Sale ("Motion to Confirm Sale") (Doc. 134)[1] and the NCUAB's Unopposed Motion for Cancellation of Foreclosure Sale ("Motion to Cancel Sale") (Doc. 135)[2]. As the Motion to Cancel is unopposed it will be granted. The Motion to Confirm Sale shall also be granted as the property has been sold. (*See* Doc. 132).

It is therefore

---

[1] The Motion to Confirm Sale relates the Escambia County Property, one of two properties underlying this lawsuit, which is more fully described in the Motion. (Doc. 134).

[2] The Motion to Cancel Sale relates the Orange County Property, the second of two properties underlying this lawsuit, which is more fully described in the Notice of Sale. (Doc. 116).

**ORDERED,** that the Motion to Confirm Sale (Doc. 134) is **GRANTED,** the Marshal is authorized to issue the certificate of title for the Escambia County property identified in the Motion. The Motion to Cancel Sale (Doc. 135) is also **GRANTED,** the Marshal is directed to cancel the sale of the Orange County property scheduled for July 10, 2014 (*see* Doc. 116).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party