# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD,**

      **Plaintiff,**

**v.**                                            **Case No:   6:13-cv-673-Orl-31GJK**

**NADLAN CORTEEN PLACE**
**APARTMENTS, LLC, GERSHON**
**SCHUSTERMAN, BARRY KOHN,**
**PERKINS & MARIE CALLENDERS,**
**LLC, S & A PROPERTIES, CORP.,**
**STEAK & ALE OF FLORIDA, INC and S**
**& A RESTAURANT CORP.,**

      **Defendants.**

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Parties' Joint Stipulation for entry of Deficiency Judgment (Doc. 166). It is therefore:

**Ordered And Adjudged that:**

1.    Plaintiff has established a *prima facie* case for a deficiency judgment against Defendants, Nadlan Corteen Place Apartments, LLC, Gershon Schusterman, and Barry Kohn in this matter. Plaintiff's Motion for Deficiency Judgment (Doc. 152) is hereby GRANTED.

2.    The Plaintiff, National Credit Union Administration Board in its capacity as Liquidating Agent for Telesis Community Credit Union, shall recover from the Defendants, Nadlan Corteen Place Apartments, LLC, Gershon Schusterman, and Barry Kohn, jointly and severally, the sum of **$1,964,764.78**.

3. The total sum due above shall accrue interest at the rate of 0.25%, pursuant to 28 U.S.C. § 1961, until paid in full; for ALL OF WHICH LET EXECUTION ISSUE FORTHWITH.

4. The addresses of the parties are as follows: **Plaintiff:** National Credit Union Administration, Asset Management and Assistance Center, 4807 Spicewood Springs Road, Suite 5100, Austin, TX 78759; **Defendants:** Nadlan Corteen Place Apartments, LLC, 7250 Beverly Blvd., Suite 101, Los Angeles, CA 90036, Gershon Schusterman, 126 North Fuller Ave., Los Angeles, CA 90036 and Barry Kohn, 129 S. Formosa Ave., Los Angeles, CA 90036.

5. Jurisdiction of this cause is retained to enter such other and further orders as are proper, including the determination of entitlement to, and the amount of, reasonable attorney's fees and costs incurred by Plaintiff in the prosecution of its Motion for Deficiency Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 30, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record